AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- OFFENSE CHARGED ----

VIOLATION: 8 U.S.C. § 1326 --
Illegal Reentry Following Deportation

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Imprisonment 20 years; Fine $250,000;
Supervised release 3 years; Special assessment: $100

---- DEFENDANT - U.S. ----
▶ SERGIO LERMA-LOPEZ,

DISTRICT COURT NUMBER
CR07-00600 SBA

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   BRYAN R. WHITTAKER AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges    } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution
Santa Rita

Has detainer been filed?
☐ Yes
☑ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

CR07-00600 SBA

UNITED STATES OF AMERICA,

V.

SERGIO LERMA-LOPEZ,

E-filing

DEFENDANT.

---

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation

---

FILED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

A true bill.

_____
Foreman

Filed in open court this 20th day of September, 2007

_____
Clerk

Bail. $ No bail arrest warrant.
Wayne D. Brazil   9-20-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**FILED**
SEP 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SERGIO LERMA-LOPEZ, ) <br> Defendant. ) | Criminal No.: <br> CR07-00600 SBA <br> VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation <br> OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

On or about May 5, 2007, the defendant,

SERGIO LERMA-LOPEZ,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code,

////

LERMA-LOPEZ INDICTMENT

1  Section 1326.

3  DATED:                                    A TRUE BILL.

4  September 20, 2007

5                                            _____
                                             FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney

10 _____
   W. DOUGLAS SPRAGUE
11 Chief, Oakland Branch

14
15 (Approved as to form: _____)
                         SAUSA WHITTAKER

LERMA-LOPEZ INDICTMENT                    2