SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: bryan.whittaker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>SERGIO LERMA-LOPEZ,    )<br>    )<br>    )<br>    )<br>    Defendant.    )<br>_____)| No.  CR 07-00600 SBA<br><br>PETITION FOR AND WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

    TO:    The Honorable Elizabeth D. LaPorte of the United States District Court for the
Northern District of California:

    Special Assistant United States Attorney Bryan R. Whittaker respectfully requests that

this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SERGIO

LERMA-LOPEZ, whose place of custody and jailor are set forth in the requested Writ, attached

hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled

matters before the Honorable Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on

Tuesday, January 22, 2008, and therefore petitioner prays that this Court issue the Writ as

1 | presented.

2

3 | Dated: January 3, 2008                    Respectfully submitted,

4 |                                           SCOTT N. SCHOOLS
                                              United States Attorney
5

6

7 |                                           _____/S/_____
                                              BRYAN R. WHITTAKER
8 |                                           Special Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 | PETITION FOR WRIT OF HABEAS
     CORPUS AD PROSEQUENDUM
28 | CASE NO. CR 07-00600 SBA