1  THE PRESIDENT OF THE UNITED STATES OF AMERICA

2  TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of
3  his authorized deputies, the Warden, San Quentin State Prison, or any California Department of Corrections facility:

4  GREETINGS

5  WE COMMAND that on Tuesday, January 22, 2008, at 10:00 a.m., or as soon thereafter

6  as practicable, you have and produce the body of SERGIO LERMA-LOPEZ, DOB 07/07/1981,

7  in your custody, before the United States Magistrate Court in and for the Northern District of

8  California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate Judge, 1301

9  South Clay Street, Oakland, California, Courtroom 4, 3rd Floor, in order that SERGIO LERMA-

10 LOPEZ may then appear for an appearance upon the charges heretofore filed against him in the

11 above-entitled Court, and that immediately after said hearing to return him forthwith to said

12 above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter

13 be made concerning the custody of said prisoner, and further to produce said prisoner at all times

14 necessary until the termination of the proceedings in this Court;

15 IT IS FURTHER ORDERED that should the local or state custodian release from its

16 custody the above-named person, he be immediately delivered and remanded to the United States

17 Marshal and/or his authorized deputies under this Writ.

18 WITNESS the Hon. Elizabeth D. LaPorte, United States Magistrate Judge, United States

19 District Court for the Northern District of California.

20 DATED: January __, 2008

21                                        CLERK, UNITED STATES DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
22

23
                             By:  _____
24                                DEPUTY CLERK

25

26

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 07-00600 SBA