UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>SERGIO LERMA-LOPEZ,<br>    Defendant. | No. CR 07-00600 SBA<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-LOPEZ, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Tuesday, January 22, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: January ___, 2008

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 07-00600 SBA