UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> SERGIO LERMA-LOPEZ, <br>     Defendant. | No. CR 07-00600 SBA <br><br> [~~PROPOSED~~] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-LOPEZ, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Tuesday, January 22, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: January 16, 2008

                                              HONORABLE ELIZABETH D. LAPORTE
                                              United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*