IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR-07-00600 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| SERGIO LERMA-LOPEZ, | |
| Defendant. / | |

YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Status Conference set for February 12, 2008, has been moved to, **February 5, 2008 at 9:00 a.m..**

Dated: 1/23/08

FOR THE COURT,
Richard W. Wieking, Clerk

*Lisa R. Clark*
LISA R. CLARK
Courtroom Deputy