JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: bryan.whittaker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br>    v. <br> SERGIO LERMA-LOPEZ, <br>         Defendant. | No. CR 07-00600 SBA <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable Elizabeth D. Laporte, United States Magistrate Judge of the United States District Court for the Northern District of California:

    Special Assistant United States Attorney Bryan R. Whittaker respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SERGIO LERMA-LOPEZ, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matters before the Honorable Saundra B. Armstrong, United States District Judge, at 9:00 a.m. on Tuesday, February 5, 2008, and therefore petitioner prays that this Court issue the Writ as

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CASE NO. CR 07-00600 SBA

presented.

Dated: January 24, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/S/_____
BRYAN R. WHITTAKER
Special Assistant United States Attorney

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CASE NO. CR 07-00600 SBA