UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> SERGIO LERMA-LOPEZ, <br>     Defendant. | No. CR 07-00600 SBA <br><br> [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-LOPEZ, before the Honorable Saundra B. Armstrong, United States District Judge, at 9:00 a.m. on Tuesday, February 5, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: January ___, 2008

                                                                                   HONORABLE ELIZABETH D. LAPORTE <br>
                                                                                    United States Magistrate Judge