UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 07-00600 SBA |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| SERGIO LERMA-LOPEZ, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-LOPEZ, before the Honorable Saundra B. Armstrong, United States District Judge, at 9:00 a.m. on Tuesday, February 5, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: January 28, 2008

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 07-00600 SBA