UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),                        No. CR-07-00600-SBA

  v.                                      **CLERK'S NOTICE**

SERGIO LERMA-LOPEZ,

    Defendant(s).
_____/

    Pursuant to the rescheduling of the Status/Setting Hearing date of defendant Sergio Lerma-Lopez that was previously scheduled before District Judge Saundra B. Armstrong from February 12, 2008 to February 5, 2008, **you are hereby notified that** the Attorney Appointment Hearing that was previously scheduled for February 12, 2008 at 10:00 a.m. in the above case matter has now been rescheduled to February 5, 2008 at 10:00 a.m. before Magistrate Judge Wayne D. Brazil.

    Richard W. Weiking
    Clerk, U.S. District Court

*Ivy L. Garcia*
by: Ivy L. Garcia
Courtroom Deputy of
Magistrate Judge Wayne D. Brazil

Dated: January 29, 2008

cc: Copies to parties via ECF,  Lisa Clark, U.S. Marshal