UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 2/5/08

CR 07-00600SBA                    JUDGE: SAUNDRA BROWN ARMSTRONG

LERMA-LOPEZ                       Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

  BRIAN WHITTAKER                    JOYCE LEAVITT
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark         DIANE SKILLMAN
                                    Court Reporter

  Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 3/4/08

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  3/4/08  for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: