JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street; Suite 340-S
    Oakland, California 94612
    Phone: 510/637-3705
    Fax: 510/637-3724
    E-mail: james.c.mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-600 SBA |
|     Plaintiff, | ) | |
| v. | ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| SERGIO LERMA-LOPEZ, | ) | |
|     Defendant. | ) | |

Please take notice that as of February 15, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address is listed below is assigned to be counsel for the government.

JAMES C. MANN
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Phone: 510/637-3705
Fax: 510/637-3724
E-mail: james.c.mann@usdoj.gov

DATED:  February 15, 2008          Respectfully submitted,

                            JOSEPH P. RUSSONIELLO
                            United States Attorney

                            /s/
                            JAMES C. MANN
                            Assistant United States Attorney