**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 3/4/08

**CR 07-00600 SBA**                                   **JUDGE: SAUNDRA BROWN ARMSTRONG**

**SERGIO LERMA-LOPEZ**                    Present ( ) Not Present (X) In Custody (X)
   **DEFENDANT(S)**

 **JAMES MANN**                                              **JOYCE LEAVITT**
**U.S. ATTORNEY**                                      **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk: Lisa R. Clark**                  **DIANE SKILLMAN**
                                                                   **Court Reporter**

 Interpreter                                                    Probation Officer
**PROCEEDINGS**

**REASON FOR HEARING:**    STATUS -NOT HELD

   **RESULT OF HEARING:**    COURT FINDS EXCLUDABLE TIME BASED ON THE UNAVAILABILITY OF THE DEFENDANT UNTIL 3/18/08 ; GOVERNMENT COUNSEL FAILED TO WRIT THE DEFENDANT IN TO COURT TODAY

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 3/18/08 **for** Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____ Opposition by_____ Reply by____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:___ Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s)_____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
**cc:**