1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
    1301 Clay Street, Suite 340-S
6   Oakland, California 94612
    Telephone: (510) 637-3705
7   Facsimile: (510) 637-3724
    E-Mail:    James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,      )   No. CR-07-00600 SBA
                                    )
14 |        Plaintiff,               )   PETITION FOR AND WRIT OF HABEAS
                                    )   CORPUS AD PROSEQUENDUM
15 |   v.                            )
                                    )
16 | SERGIO LERMA-LOPEZ,             )
                                    )
17 |        Defendant.               )
                                    )

18

19      TO:   The Honorable Joseph C. Spero, United States Magistrate Judge of the United

20            States District Court for the Northern District of California:

21

22      Assistant United States Attorney James C. Mann respectfully requests that this Court

23 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SERGIO LERMA-

24 LOPEZ, whose place of custody and jailor are set forth in the requested Writ, attached hereto.

25 The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore

26 ////

27 ////

28 ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA

1 | petitioner prays that this Court issue the Writ as presented.
2 |
3 | Dated: March **4**, 2008                    Respectfully submitted,
4 |                                              JOSEPH P. RUSSONIELLO
  |                                              United States Attorney
5 |
6 |                                              _____
7 |                                              JAMES C. MANN
  |                                              Assistant United States Attorney
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SERGIO LERMA-LOPEZ,<br><br>　　　Defendant. | No. CR-07-00600 SBA<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-LOPEZ, before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, March 18, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_____

　　　　　　　　　　　　　　　　　　　HON. JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Tuesday, March 18, 2008, at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of SERGIO LERMA-LOPEZ, DOB 07/07/1981, in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra Brown Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that SERGIO LERMA-LOPEZ may then appear for an appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Joseph C. Spero, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                        CLERK, UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA

            By: _____
                  DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-07-00600 SBA