UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00600 SBA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| SERGIO LERMA-LOPEZ, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-LOPEZ, before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, March 18, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: March 6, 2008

HON. JOSEPH C. SPERO
United States Magistrate Judge

PETITION AND ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA