1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorneys
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:   (510) 637-3724
       E-Mail:      James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                   OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR-07-00600 SBA
                                       )
14         Plaintiff,                  )   STIPULATED REQUEST TO CONTINUE
                                       )   HEARING DATE TO APRIL 8, 2008 AND
15    v.                               )   TO EXCLUDE TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
16 SERGIO LERMA-LOPEZ,                 )
                                       )   Date:   March 18, 2008
17         Defendant.                  )   Time:   9:00 a.m.
                                       )   Court:  Hon. Saundra Brown
18 _____)           Armstrong

19         The above-captioned matter was set on March 18, 2008 before this Court for status or

20 change of plea. The parties request that this Court continue the hearing to April 8, 2008 at 9:00

21 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this

22 stipulation and April 8, 2008.

23         The government has requested certain documents relevant to Defendant's criminal

24 history. The government has been informed that the documents will not be available until March

25 26, 2008. Additionally, counsel for the government is out of the state from March 31, 2008

26 through April 4, 2008. Therefore, the parties stipulate and request that the Court exclude time

27 between the date of this stipulation and April 8, 2008 under the Speedy Trial Act for effective

28 preparation of counsel and continuity of government counsel pursuant to 18 U.S.C. §

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 8, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA

1  3161(h)(8)(B)(iv).  The parties agree the ends of justice served by granting the continuance
2  outweigh the best interests of the public and the defendant in a speedy trial.
3
4  DATED: March 14, 2008
5
6
7  _____/s/_____          _____/s/_____
   JAMES C. MANN                            JOYCE LEAVITT
   Assistant United States Attorney         Counsel for Sergio Lerma-Lopez
8  Counsel for United States
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 8, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00600 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 8, 2008 AND |
| v. | ) ) | TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| SERGIO LERMA-LOPEZ, | ) ) | Date: March 18, 2008 |
| Defendant. | ) ) ) | Time: 9:00 a.m. Court: Hon. Saundra Brown Armstrong |
|  | ) |  |

The parties jointly requested that the hearing in this matter be continued from March 18, 2008 to April 8, 2008, and that time be excluded under the Speedy Trial Act between March 14, 2008 and April 8, 2008 to allow for the effective preparation of counsel and continuity of government counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for status or change of plea on April 8, 2008 at 9:00 a.m., and that time between March 14, 2008 and April 8, 2008 is excluded under

////

the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_____

                                                                HON. SAUNDRA BROWN ARMSTRONG
                                                                United States District Judge