1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00600 SBA |
|---|---|---|
| Plaintiff, | ) ) | AMENDED [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO |
| v. | ) ) | CONTINUE HEARING DATE TO APRIL 8, 2008 AND TO EXCLUDE TIME |
| SERGIO LERMA-LOPEZ, | ) ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date:     March 18, 2008<br>Time:     9:00 a.m.<br>Court:    Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from March 18, 2008 to April 8, 2008, and that time be excluded under the Speedy Trial Act between March 14, 2008 and April 8, 2008 to allow for the effective preparation of counsel and continuity of government counsel for the following reasons as set forth in the parties' stipulated request: The government has requested certain documents relevant to Defendant's criminal history, which the government has been informed will not be available until March 26, 2008; additionally, counsel for the government is out of the state from March 31, 2008 through April 4, 2008. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 8, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA

**IT IS HEREBY ORDERED** that this matter is set for status or change of plea on April 8, 2008 at 9:00 a.m., and that time between March 14, 2008 and April 8, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_____

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 8, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA