UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. CR-07-00600 SBA |
| Plaintiff, | ) ) ) | ORDER TO CONTINUE HEARING DATE TO APRIL 8, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| SERGIO LERMA-LOPEZ, | ) ) | Date:      March 18, 2008 Time:      9:00 a.m. |
| Defendant. | ) ) | Court:     Hon. Saundra Brown Armstrong |
| | ) ) | |
| | ) | |
| _____ | ) | |

        The parties jointly requested that the hearing in this matter be continued from March 18,

2008 to April 8, 2008, and that time be excluded under the Speedy Trial Act between March 14,

2008 and April 8, 2008 to allow for the effective preparation of counsel and continuity of

government counsel for the following reasons:  (1) The government has requested certain

documents relevant to Defendant's criminal history; (2) The government has been informed that

the documents will not be available until March 26, 2008; and (3) Additionally, counsel for the

government is out of the state from March 31, 2008 through April 4, 2008.  For these reasons,

the Court finds that the ends of justice served by granting the continuance outweigh the best

interests

///

1    ///

2    of the public and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to

3    18 U.S.C. § 3161(h)(8)(B)(iv).

4        **IT IS HEREBY ORDERED** that this matter is set for status or change of plea on April

5    8, 2008 at 9:00 a.m., and that time between March 14, 2008 and April 8, 2008 is excluded under

6    the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the

7    exercise of due diligence.

8

9    DATED:3/18/08

10   HON. SAUNDRA BROWN ARMSTRONG
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 8, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA