1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7     Facsimile:  (510) 637-3724
      E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )    No. CR-07-00600 SBA
                                    )
14      Plaintiff,                  )    PETITION FOR AND WRIT OF HABEAS
                                    )    CORPUS AD PROSEQUENDUM
15      v.                          )
                                    )
16 SERGIO LERMA-LOPEZ,              )
                                    )
17      Defendant.                  )
                                    )
18

19      TO:    The Honorable Joseph C. Spero, United States Magistrate Judge of the United

20             States District Court for the Northern District of California:

21

22      Assistant United States Attorney James C. Mann respectfully requests that this Court

23 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SERGIO LERMA-

24 LOPEZ, whose place of custody and jailor are set forth in the requested Writ, attached hereto.

25 The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore

26 ////

27 ////

28 ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA

1  petitioner prays that this Court issue the Writ as presented.

2

3  Dated: March 26, 2008                    Respectfully submitted,

4                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
5

6
                                            _____/s/_____
7                                           JAMES C. MANN
                                            Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>SERGIO LERMA-LOPEZ,<br><br>    Defendant. | No. CR-07-00600 SBA<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-LOPEZ, before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, April 8, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_____                    _____
                                                                       HON. JOSEPH C. SPERO
                                                                       United States Magistrate Judge