1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                      OAKLAND DIVISION

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | No. CR-07-00600 SBA |
| 12       Plaintiff, | ) ) | |
| 13 | ) ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS |
| 14       v. | ) ) | CORPUS AD PROSEQUENDUM |
| 15  SERGIO LERMA-LOPEZ, | ) ) | |
| 16       Defendant. | ) ) | |

17

18      Upon motion of the United States of America, and good cause appearing therefore,

19      IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

20 Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-

21 LOPEZ, before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 9:00

22 a.m. on Tuesday, April 8, 2008 or as soon thereafter as may be practicable, is granted, and the

23 Writ shall be issued as presented.

24

25 DATED: March 31, 2008

26                                                       HON.
                                                         United [Signature: Judge Joseph C. Spero] Judge
27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA