1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:   (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR-07-00600 SBA
                                    )
14      Plaintiff,                  )   STIPULATED REQUEST TO CONTINUE
                                    )   HEARING DATE TO JUNE 24, 2008 AND
15 v.                               )   TO EXCLUDE TIME UNDER THE
                                    )   SPEEDY TRIAL ACT
16 SERGIO LERMA-LOPEZ,              )
                                    )   Date:   April 8, 2008
17      Defendant.                  )   Time:   9:00 a.m.
                                    )   Court:  Hon. Saundra Brown
18 _____  )           Armstrong

19      The above-captioned matter was set on April 8, 2008 before this Court for status or

20 change of plea. The parties request that this Court continue the hearing to June 24, 2008 at 11:00

21 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this

22 stipulation and June 24, 2008.

23      The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules

24 of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time

25 as this stipulation. To allow time for the Court to consider the proposed plea agreement and for

26 the preparation of a Modified Presentence Investigation Report (Sentencing Guidelines and

27 Criminal History Only) by the United States Probation Office, the parties request that this matter

28 be continued to June 24, 2008 at 11:00 a.m. for change of plea and sentencing (assuming the

STIP. REQ. TO SET CONTINUE HEARING TO JUNE 24, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA

1 proposed plea agreement is acceptable to the Court). Since the proposed plea agreement has
2 been submitted to the Court, the parties further stipulate and agree that the time between April
3 10, 2008 and June 24, 2008 should be excluded under the Speedy Trial Act, and specifically
4 pursuant to 18 U.S.C. § 3161(h)(1)(I), for consideration by the Court of a proposed plea
5 agreement to be entered into by the defendant and the attorney for the government.

7 DATED: April 10, 2008

10 \_\_\_\_\_/s/_____             \_\_\_\_\_/s/_____
   JAMES C. MANN                            JOYCE LEAVITT
   Assistant United States Attorney         Counsel for Sergio Lerma-Lopez
11 Counsel for United States

STIP. REQ. TO SET CONTINUE HEARING TO JUNE 24, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                           OAKLAND DIVISION

| | |
|---|---|
| 11  UNITED STATES OF AMERICA,     ) | No. CR-07-00600 SBA |
| 12      Plaintiff,                ) | STIPULATED REQUEST TO CONTINUE |
|                                   ) | HEARING DATE TO JUNE 24, 2008 AND |
| 13      v.                        ) | TO EXCLUDE TIME UNDER THE |
|                                   ) | SPEEDY TRIAL ACT |
| 14  SERGIO LERMA-LOPEZ,           ) | |
|                                   ) | Date:   April 8, 2008 |
| 15      Defendant.                ) | Time:   9:00 a.m. |
|                                   ) | Court:  Hon. Saundra Brown Armstrong |
| 17  _____) | |

19    The parties jointly requested that the hearing in this matter be continued from April 8,
20 2008 to June 24, 2008, and that time be excluded under the Speedy Trial Act between April 10,
21 2008 and June 24, 2008 to allow time for the Court to consider the proposed plea agreement to
22 be entered into by the defendant and the attorney for the government, and to allow time for the
23 preparation of a Modified Presentence Investigation Report (Sentencing Guidelines and Criminal
24 History Only) by the United States Probation Office.  Good cause appearing therefor, and
25 pursuant to 18 U.S.C. § 3161(h)(1)(I),

26    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
27 June 24, 2008 at 11:00 a.m., and that time between April 10, 2008 and June 24, 2008 is excluded
28 under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I), for

STIP. REQ. TO SET CONTINUE HEARING TO JUNE 24, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA

1  consideration by the Court of a proposed plea agreement to be entered into by the defendant and
2  the attorney for the government.
3        **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
4  Modified Presentence Investigation Report (Sentencing Guidelines and Criminal History Only).

6  DATED:_____
                                  HON. SAUNDRA BROWN ARMSTRONG
7                                          United States District Judge

STIP. REQ. TO SET CONTINUE HEARING TO JUNE 24, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA