UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGIO LERMA-LOPEZ,<br><br>  Defendant. | No. CR-07-00600 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 24, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   April 8, 2008<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 8, 2008 to June 24, 2008, and that time be excluded under the Speedy Trial Act between April 10, 2008 and June 24, 2008 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Modified Presentence Investigation Report (Sentencing Guidelines and Criminal History Only) by the United States Probation Office. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(I),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on June 24, 2008 at 11:00 a.m., and that time between April 10, 2008 and June 24, 2008 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I), for

STIP. REQ. TO SET CONTINUE HEARING TO JUNE 24, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA

consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Modified Presentence Investigation Report (Sentencing Guidelines and Criminal History Only).

DATED: 4-11-08

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET CONTINUE HEARING TO JUNE 24, 2008 AND TO EXCLUDE TIME
No. CR-07-00600 SBA