JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00600 SBA |
| Plaintiff, | ) ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) ) | |
| SERGIO LERMA-LOPEZ, | ) ) | |
| Defendant. | ) ) | |

TO:    The Honorable Bernard Zimmerman, United States Magistrate Judge of the
         United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SERGIO LERMA-LOPEZ, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA

petitioner prays that this Court issue the Writ as presented.

Dated: June 6, 2008                   Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney


                                      _____/s/_____
                                      JAMES C. MANN
                                      Assistant United States Attorney

|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00600 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| SERGIO LERMA-LOPEZ, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, SERGIO LERMA-LOPEZ, before the Hon. Saundra Brown Armstrong, United States District Court Judge, at 11:00 a.m. on Tuesday, June 24, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: June 9, 2008

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

*[Seal: IT IS SO ORDERED — Judge Bernard Zimmerman — United States District Court, Northern District of California]*

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA

1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA

2 | TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

4 | GREETINGS

WE COMMAND that on Tuesday, June 24, 2008, at 11:00 a.m., or as soon thereafter as practicable, you have and produce the body of SERGIO LERMA-LOPEZ, DOB 07/07/1981, in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra Brown Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that SERGIO LERMA-LOPEZ may then appear for an appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: __June 9__, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: *Rose Maher*
DEPUTY CLERK, Rose Maher

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-00600 SBA