**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

<u>CRIMINAL PRETRIAL MINUTES</u>

Date: June 23, 2008

CR 07-00600-01 SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

SERGIO LERMA-LOPEZ                              Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

<u>James Mann</u>                                      <u>Joyce Leavitt</u>
U.S. ATTORNEY                                   ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Ivy L. Garcia for                 <u>Diane Skillman</u>
              Lisa R. Clark                     Court Reporter

<u>None</u>                                           <u>Brian Casai</u>
Interpreter                                     Probation Officer

<u>PROCEEDINGS</u>

<u>REASON FOR HEARING:</u>   Change of Plea and Judgment and Sentencing HELD

<u>RESULT OF HEARING:</u>   The deft. pled GUILTY as to Count 1 of the Indictment

<u>JUDGMENT:</u>   The deft. is committed to the custody of the Fed. Bureau of Prisons to be imprisoned for a term of 24 months, such term to run consecutively to any other term of imprisonment deft. is currently serving. Upon release from imprisonment, deft. shall be placed on Supervised Release for a term of 3 yrs. The deft. shall pay to the U.S. a spec. assessment of $100.00 which shall be due immed. The Court finds that the deft. does not have the ability to pay a fine and orders the fine waived.

<u>PROCEEDINGS</u>

Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____@ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to _____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.

cc: Lisa, Probation, Lorene